IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**KYLE FRANK RUSSETTE,**<br><br>**Defendant.** | CR 20-29-GF-BMM<br><br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Kyle Frank Russette appeared before the Court on September 24, 2020, and entered a plea of guilty to the superseding information and admitted the forfeiture allegation contained in the superseding information.

His signed, written plea agreement, together with the offer of proof in this case and admission of the forfeiture allegation provide a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. §§ 853(a) and 881(a)(11).

1

IT IS ORDERED:

THAT the defendant's interest in the following property is forfeited to the United States in accordance with those provisions:

- $683 in US Currency
- Norinco 54-1 pistol (serial no. 3701227699)
- Glock 19X pistol (serial no. BHNK914)
- 9mm ammunition

THAT the United States Marshals Service and the Federal Bureau of Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1), 853(n)(1), and 881(a)(11), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 7th day of January 2021.

_____
Brian Morris, Chief District Judge
United States District Court